AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Tiburcio CABRERA-Sarabia<br><br>*Defendant(s)* | Case No.<br><br>**EP:24-M-03317-MAT** |

**FILED**
August 05, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Fidel Morales__
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 2, 2024  in the county of  Hudspeth  in the
Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(i) and (a)(1)(B)(i) | knowing that a person is an alien, intentionally brought to and attempted to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry, regardless of whether such alien has received prior official authorization to come to, enter, and reside in the United States. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT: Tiburcio CABRERA-Sarabia

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __August 05, 2024__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*
Jorge Chavez, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/05/2024

*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Tiburcio CABRERA-Sarabia

PEPT# PBBT240800016

08/05/2024

FACTS    (CONTINUED)

On August 2, 2024, United States Border Patrol Agents (BPA) from the Sierra Blanca Border Patrol Station were assigned line watch duties near the Espy Ranch located east of Sierra Blanca, Texas which is in the Western District of Texas.

Agents responded to a sensor activation near the Horse Canyon general area where they began to follow foot sign north towards Interstate 10. BPA followed the foot sign until they encountered a group of four individuals wearing camouflage clothing. Within the group, BPAs found CABRERA-Sarabia, Tiburcio, hereinafter refer to as DEFENDANT. When the agents encountered the group and the DEFENDANT, they identified themselves and questioned everyone as to their citizenship and immigration status. The agents found that all individuals were citizens of Mexico without immigration documents that would allow them to be or remain in the United States legally. All individuals including the DEFENDANT were placed under arrest for illegal entry. At this time, BPA transported all individuals to the Centralized Processing Center West in Sierra Blanca, Texas.

During a post-Miranda interview, the DEFENDANT admitted that he had two previous entries into the United States in 2022 and that he was the foot guide for the illegal aliens on all entries to include the new one this year. The DEFENDANT admitted that he accepted a job offer from a known smuggler in Mexico. The DEFENDANT admitted that he was going to be paid $700.00 USD for each illegal alien smuggled into the U.S. The DEFENDANT admitted that he intended to take the illegal aliens to Interstate 10-mile marker 134. The DEFEDANT stated once picked up he was going to deliver the illegal aliens to a stash house in Odessa, Texas.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE

Criminal History:
NONE